IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MOLLY NELSON,<br><br>    Plaintiff,<br><br>vs.<br><br>AVANTAX PLANNING PARTNERS, INC., and AVANTAX, INC.,<br><br>    Defendants. | CV 24-13-M-DLC-KLD<br><br>**ORDER** |

Plaintiff moves for the admission of Joel Anderson to practice before this Court in this case with Jean E. Faure to act as local counsel. Mr. Anderson's application appears to be in order. Accordingly,

IT IS HEREBY ORDERED that Plaintiff's motion to admit Joel Anderson pro hac vice is GRANTED on the condition that Mr. Anderson shall do his own work. This means that Mr. Anderson must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Anderson, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 22nd day of January, 2024.

Kathleen L. DeSoto
United States Magistrate Judge