IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MOLLY NELSON,<br><br>Plaintiffs,<br><br>v.<br><br>AVANTAX PLANNING PARTNERS, INC. and AVANTAX, INC.,<br><br>Defendants. | CV 24–13–M–DLC<br><br><br><br>ORDER |

Before the Court is the Parties' Joint Stipulation to Dismiss. (Doc. 53.)

Having reviewed the Joint Stipulation, the Court finds dismissal appropriate.

Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE with each Party to bear its own costs and fees. The Clerk of Court shall close this file.

DATED this 17th day of December, 2024.

_____
Dana L. Christensen, District Judge
United States District Court

1